UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Renato Andre Fonseca De Sa</u>
    Petitioner

V.

<u>Patricia Hyde et al</u>
    Respondents

CIVIL ACTION

NO. <u>1:25-cv-12734-ADB</u>

## **<u>ORDER OF DISMISSAL</u>**

<u>Burroughs, D. J.</u>

    On October 7, 2025, the Court granted Petitioner's habeas petition and ordered that he receive a bond hearing. [ECF No. 8]. The government's status report, [ECF No. 9], states that Petitioner has been provided with a bond hearing and released from ICE custody on bond. Because Petitioner has been released from custody, this action is dismissed.

By the Court,

<u>October 17, 2025</u>
    Date

<u>/s/Caetlin McManus</u>
    Deputy Clerk